IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG VOLLMAN | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| | : | |
| v. | : | E.D. Pa. Civil Action No. |
| | : | 22-2564 |
| AIR AND LIQUID SYSTEMS | : | |
| CORPORATION, et al. | : | |

**O R D E R**

**AND NOW**, this **12th** day of **July, 2022**, upon consideration of the motions to dismiss filed by John Crane and Ford Motor Company (ECF Nos. 3 & 5), it is hereby **ORDERED** that the motions are **GRANTED** to the extent that the Complaint is **DISMISSED without prejudice**.[1] Plaintiffs may file an Amended Complaint no later than **August 3, 2022**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] On many occasions, this Court has held that the practice used in state court of incorporating other extra-case complaints, including the "master long-form complaint," does not comport with the pleading requirements of Federal Rules of Civil Procedure 8 and 10, Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007), or Ashcroft v. Iqbal, 556 U.S. 662 (2009). Instead, the complaint in federal court must on its own include all of the necessary factual allegations to support jurisdiction and the specific legal theories advanced against each named Defendant. Rather than bare conclusions, the complaint must contain sufficient facts to support a facially plausible claim for relief as to each defendant.

As a result, the Court must dismiss the Complaint but will provide Plaintiff with the opportunity to file an Amended Complaint that comports with the Federal Rules and modern pleading standards.