IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG VOLLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 5:22-cv-2564-ER<br><br>ASBESTOS CASE |

**DISCLOSURE STATEMENT FORM OF**
**<u>DEFENDANT GENERAL ELECTRIC COMPANY</u>**

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant General Electric Company, a nongovernmental corporate party, by and through its undersigned counsel, hereby certifies that General Electric Company does not have a parent corporation and that no publicly held company owns 10% or more of the stock of General Electric Company.

Date: July 14, 2022

                   Respectfully submitted,

                   <u>*s/ John P. McShea*</u>
                   John P. McShea
                   MCSHEA LAW FIRM, P.C.
                   Centre Square, West Tower
                   1500 Market Street, 40th Floor
                   Philadelphia, PA  19102
                   215-599-0800
                   JMcShea@mcshealawfirm.com

                   *Attorney for Defendant*
                   *General Electric Company*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of Julye, 2022, I electronically filed the foregoing Disclosure Statement Form of Defendant General Electric Company with the Clerk of Court using the *CM/ECF* system which will automatically send email notification of such filing to all counsel of record.

*s/ John P. McShea*
John P. McShea