**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

GREG VOLLMAN,

      Plaintiff,

vs.

      Case No. 5:22-CV-02564-ER
      (Judge Robreno)

AIR & LIQUID SYSTEMS CORP, et al.

      Defendant.

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Reunion Industries, Inc. f/k/a Alliance Machines, makes the following disclosure:

1. Is the party a non-governmental corporate party?

   Yes.

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is a no such corporation:

   No such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   No such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

Post & Schell, P.C.

By: */s/ Ryan L. Leonard*
      Ryan L. Leonard (PA. # 87193)


Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

215-587-1480 (Phone)
RLeonard@PostSchell.com

*Counsel for Defendant, Reunion Industries, Inc.*
*f/k/a Alliance Machines*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Disclosure Statement has been served via CM/ECF electronic filing to counsel of record this 19th day of July, 2022.

    Post & Schell, P.C.

By: */s/ Ryan L. Leonard*
    Ryan L. Leonard (PA. # 87193)

Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

215-587-1480 (Phone)
RLeonard@PostSchell.com

*Counsel for Defendant, Reunion Industries, Inc. f/k/a Alliance Machines*