IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG VOLLMAN,<br><br>    Plaintiff,<br><br>-against-<br><br>AIR & LIQUID SYSTEMS CORPORATION<br>as successor by merger to Buffalo Pumps, et al.<br><br>    Defendants. | Civil Action No.: 5:22 cv 02564-ER |

**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Advanced Thermal Hydronics, LLC., f/k/a Reed Financial, Inc. states that Mestek, Inc. is its parent corporation. There is no publicly held corporation that owns 10% or more of Advanced Thermal Hydronics, LLC.

Dated: August 2, 2022

          Respectfully submitted,

          TROUTMAN PEPPER HAMILTON SANDERS LLP

      By:   _/s/ Richard P. O'Leary_
         Richard P. O'Leary
         875 Third Avenue
         New York, New York 10022
         212.704.6000
         richard.oleary@troutmansanders.com
         *Attorneys for Defendant*
         *Advanced Thermal Hydronics, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2022, a copy of the foregoing Corporate Disclosure Statement of Defendant Advanced Thermal Hydronics, LLC., f/k/a Reed Financial, Inc. was filed electronically and is available for viewing from the Court's CM/ECF System.  Notice of this filing will be sent to all counsel of record via the Court's ECF system.

*Richard P. O'Leary*
Richard P. O'Leary