UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG VOLLMAN** | CIVIL ACTION NO. |
| | 5:22-CV-02564-ER |
| v. | |
| | ASBESTOS CASE |
| **AIR & LIQUID SYSTEMS CORPORATION. et al.** | |

## STIPULATION FOR VOLUNTARY DISMISSAL

It is hereby stipulated by and between Plaintiffs and Defendant American Biltrite Inc., through their undersigned counsel, that the Complaint and all claims against American Biltrite Inc. are dismissed with prejudice against American Biltrite Inc. This Stipulation also serves to dismiss all claims and crossclaims against American Biltrite Inc. by all co-Defendants.

**PETER ANGELOS LAW, PC**

_____
Jason B. Duncan, Esquire
Lauren S. Linsenbach, Esquire
Attorney for Plaintiffs

**RAWLE & HENDERSON** LLP

_____
John C. McMeekin II, Esquire
Attorney for Defendant,
American Biltrite Inc.


BY THE COURT:


_____
                                        J.

DATED: _____

16285343-1

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG VOLLMAN** : | CIVIL ACTION NO. |
| : | 5:22-CV-02564-ER |
| v. : | |
| : | ASBESTOS CASE |
| **AIR & LIQUID SYSTEMS** : | |
| **CORPORATION. et al.** : | |
| : | |

### CERTIFICATE OF SERVICE

JOHN C. McMEEKIN II, ESQUIRE, certifies that true and correct copies of the attached **STIPULATION OF DISMISSAL** was served upon Plaintiff's counsel and all defense counsel of record via the Court's EFF system on the date listed below pursuant to the Rules of Civil Procedure.

_____
JOHN C. McMEEKIN II, ESQUIRE

Date:    9/7/22

16285343-1