IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALERIE WOOD, INDIVIDUALLY AND AS EXECUTOR FOR THE ESTATE OF GREG VOLLMAN, DECEASED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EATON CORPORATION, FOSTER WHEELER LLC, HAJOCA CORPORATION, and W.W. GRAINGER,**<br><br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 22-2564 |

**O R D E R**

**AND NOW**, this 21st day of August, 2025, upon consideration of Defendant Hajoca Corporation's Motion for Summary Judgment (ECF No. 390), Defendant Foster Wheeler LLC's Motion for Summary Judgment (ECF No. 391), Defendant W.W. Grainger, Inc.'s Motion for Summary Judgment (ECF No. 392), Defendant Eaton Corporation LLC's Motion for Summary Judgment (ECF No. 393), the responses thereto (ECF Nos. 401, 402, 404, 406, 411, 413, 414), the oral argument held on July 22, 2025 (ECF No. 428), and the supplemental materials submitted thereafter (ECF Nos. 421, 423, 424, 426), **IT IS ORDERED** that the Motions are **GRANTED.** Plaintiff's claims against the aforementioned defendants are **DISMISSED WITH PREJUDICE.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**